**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Linwood Lee RUFFIN, a/k/a Lenny,**
**Defendant–Appellant.**

**No. 02–6504.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 30, 2002.

Decided June 12, 2002.

Linwood Lee Ruffin, Appellant Pro Se. Sonya LaGene Sacks, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Vacated and remanded by unpublished PER CURIAM opinion.

### OPINION

PER CURIAM.

Linwood Ruffin seeks to appeal the district court's order construing a letter as a 28 U.S.C.A. § 2255 (West Supp.2001) motion and denying relief. The district court did not have the benefit of our recent decision in *United States v. Emmanuel,* 288 F.3d 644 (4th Cir.2002), when it construed Ruffin's letter as a § 2255 motion. Because Ruffin was not given notice of the district court's intention to construe his

letter as a § 2255 motion or notice of the consequences, we grant a certificate of appealability and vacate the court's order and remand for further proceedings in light of *Emmanuel.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED.*